**UNPUExtBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1403

ALBERT JAMES GOMES; ARLENE MARIA GOMES,

Petitioners,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  November 19, 2013      Decided:  December 16, 2013

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Rishi P. Oza, ROBERT BROWN LLC, Cleveland, Ohio, for Petitioners.  Stuart F. Delery, Assistant Attorney General, William C. Peachey, Assistant Director, Lindsay Corliss, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert James Gomes and his wife, Arlene Maria Gomes, natives and citizens of Bangladesh, petition for review of an order of the Board of Immigration Appeals ("Board") denying their motion to reconsider. We have reviewed the record and the Board's order and conclude that the Board did not abuse its discretion in denying the motion. See 8 C.F.R. § 1003.2(a), (b) (2013). We therefore deny the petition for review. See In re: Gomes (B.I.A. Feb. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2